UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

Case No.  2:11-cv-422-FtM-36SPC

ACCESS NOW, INC., a
not-for-profit Florida corporation,
DARLENE J. MUDD, an individual,

    Plaintiffs,

vs.

S K PROPERTIES OF KANSAS, LTD.,
a foreign limited partnership,

    Defendant.
_____/

## **PLAINTIFFS' NOTICE OF SETTLEMENT**

    Pursuant to Local Rule 3.08 for the U.S. District Court of the Middle District of Florida, the Plaintiffs hereby advise the Court that a settlement has been reached in this matter and that the Settlement Agreement executed by the Parties resolves all claims in this action.  A Joint Notice of Dismissal will be filed shortly after this Notice.

    Respectfully submitted,

**DE LA O, MARKO,
MAGOLNICK & LEYTON**
Attorneys for Plaintiffs
3001 S.W. 3rd Avenue
Miami, Florida 33129
Telephone: (305) 285-2000
Facsimile:  (305) 285-5555
By:__\s\ Charles D. Ferguson_____
    **Miguel M. de la O**
    Florida Bar No. 0822700
    delao@dmmllaw.com
    **Charles D. Ferguson**
    Florida Bar No. 0741531
    ferguson@dmmllaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of March, 2012, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.

        /s/ Charles D. Ferguson